**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ENGILBERTO VENEGAS-MAGALLON, | No. 11-72682 |
| Petitioner, | Agency No. A088-737-577 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 19, 2012[**]

Before:     GOODWIN, WALLACE, and FISHER, Circuit Judges.

Engilberto Venegas-Magallon, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's order denying his application for cancellation of

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

removal.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We dismiss in part and deny in part the petition for review.

We lack jurisdiction to review the BIA's discretionary good moral character determination.  *See* 8 U.S.C. § 1252(a)(2)(B)(i); *see also Lopez-Castellanos v. Gonzales,* 437 F.3d 848, 854 (9th Cir. 2006) (no jurisdiction to review agency's discretionary good moral character determinations).

Venegas-Magallon fails to raise any argument in the opening brief with respect to his motion to remand.  *See Martinez-Serrano v. INS,* 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not supported by argument in the opening brief are deemed abandoned).

In light of our disposition, we do not reach Venegas-Magallon's remaining contentions.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

2                                                                       11-72682